UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MONIZ<br>Plaintiffs<br><br>VS.<br><br>RUSSELL DOWLING and<br>SCHNEIDER NATIONAL<br>CARRIERS, INC.,<br>Defendants | 04 12603 GAO<br>C.A. NO.:<br><br>MJ- Alexander |

RECEIPT # 60785
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. TOM
DATE 12/13/04

## COMPLAINT AND JURY CLAIM

**NOW COMES** the plaintiff, Joseph Moniz and alleges and states the following cause of action:

### PARTIES

1. The plaintiff, Joseph Moniz is a citizen of the Commonwealth of Massachusetts, residing at 601 Birch Street, Fall River, Massachusetts.

2. The defendant, Russell Dowling, is a citizen of the State of Texas, residing 16211 Clay Road 106-326, Houston, Texas 77084.

3. The defendant Schneider National Carriers, Inc., is a Illinois Corporation, doing business at 20th Street and Center Street, Ottawa Illinois 61350.

### JURISDICTIONAL

4. The jurisdiction of this Court is based on diversity of the parties. The amount in controversy is in excess of Seventy-Five Thousand and no/100 ($75,000.00) Dollars.

### COUNT I

5. That on or about 09/13/02, Joseph Moniz was operating a motorcycle owned by his brother Brian Moniz. Mr. Moniz was traveling on Milliken Boulevard approaching the intersection of Columbia Street in Fall River, Massachusetts.

6. Prior to the Plaintiff's arrival at the intersection of Milliken Boulevard and Columbia Street, a tractor trailer operated by the Defendant, Russell Dowling and owned by the Defendant Schneider National Carriers had taken a wrong turn into Milliken Boulevard.

7. The driver, Russell Dowling stopped the tractor trailer in the middle of Milliken Boulevard a heavily traveled road with an incline.

8. Mr. Dowling and his passenger David Halverson exited the tractor trailer and were in the middle of the road directing traffic around the tractor trailer. Russell Dowling, prior to exiting the tractor trailor had failed to set his safety/emergency brakes and the tractor trailer began to roll backwards and rolled into the vehicle behind it operated by Maria Correia and Than Soun.

9. The tractor trailer, Correia and Soun vehicles continued backwards striking vehicles operated by Frances Morgan and the Plaintiff Joseph Moniz.

10. That on the above date, the motorcycle operated by the Plaintiff, was owned by his brother, Brian Moniz, with his permission, and at all times referred to herein, he was in the exercise of due care.

11. That a tractor trailor operated by Russell Dowling and owned by Schneider National Carriers, Inc., had taken a wrong turn onto Milliken Boulevard and stopped. The tractor trailor failed to set its emergency brakes, allowing the vehicle to roll back striking the Plaintiff, Joseph Moniz and others negligently.

12. The aforesaid collision was directly caused by the negligence and recklessness of the defendant, Russell Dowling.

13. That as a direct result and proximate cause of the defendants, Russell Dowling and Schneider National Carriers, Inc., recklessness in the operation of the tractor trailor, the plaintiff, Joseph Moniz, was caused to suffer serious injuries to both his body and mind. As a further direct and proximate result of the negligence of the defendant, the Plaintiff suffered, continues to suffer, and will suffer in the future, pain of body and mind and the plaintiff did spend and will continue to spend great sums of money in the form of medical and hospital care and the Plaintiff did lose great sums of money in the form of lost wages and earning capacity and the Plaintiff suffered other great injuries and damages.

*WHEREFORE*, the plaintiff, Joseph Moniz, demands the following:

1. Judgment against the defendants, Russell Dowling and Schneider National Carriers Inc.

2.      Such other relief as this Honorable Court deems meet and proper; and

3.      Trial by jury.

                                            By his attorney,
                                            BRIAN CUNHA & ASSOCIATES

                                            Brian R. Cunha, Esquire
                                            311 Pine Street
                                            Fall River, MA  02720
                                            (508) 675-9500
                                            BBO# 108560

DATED:     November 8, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)    **JOSEPH MONIZ v RUSSELL DOWLING**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   n/a

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐    NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☒    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Brian Cunha, Esquire
ADDRESS    311 Pine Street, Fall River, MA 02720
TELEPHONE NO.    (508) 675-9500

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
JOSEPH MONIZ

**DEFENDANTS**
RUSSELL DOWLING and SCHNEIDER NATIONAL CARRIERS INC.

(b) County of Residence of First Listed Plaintiff  BRISTOL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  HARRIS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brian Cunha, Esquire
311 Pine Street
Fall River, MA  02720

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIW C/DIW W (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUN_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____