# United States District Court

DISTRICT OF __MASSACHUSETTS__

JOSEPH MONIZ

V.

RUSSELL DOWLING and
SCHNEIDER NATIONAL CARRIERS, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 12603 GAO

TO: (Name and Address of Defendant)

SCHNEIDER NATIONAL CARRIERS INC.
20th STREET and CENTER STREET
OTTAWA, ILLINOIS  61350

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

BRIAN R. CUNHA, ESQUIRE
BRIAN CUNHA & ASSOCIATES
311 PINE STREET
FALL RIVER, MA 02720

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____       12/13/04
CLERK                                 DATE

_____
BY DEPUTY CLERK

Name of Defendant Schneider National Carriers
Name of Person
Summons given to Krystal Mequish – Reg. Agent
Sex F  Race W  Approx. Age 24
Place of Service 20th + Center St
Ottawa, IL 61350
Date of Service 1-4-05  Time 10:55
Date of Mailing
Thomas Templeton, Sheriff of LaSalle County
Dep Tim Falkenber, Deputy