UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

C.A. No. 04-12603-GAO

JOSEPH MONIZ, Plaintiff          )
                                 )
        v.                       )        NOTICE OF APPEARANCE
                                 )        FOR DEFENDANT SCHNEIDER
SCHNEIDER NATIONAL CARRIERS,     )        NATIONAL CARRIERS, INC.
INC. and RUSSELL DOWLING,        )
                    Defendants   )

U.S. DISTRICT COURT
DISTRICT OF MASS

TO THE CLERK OF THE ABOVE NAMED COURT.

        Please enter my appearance as attorney for the defendant Schneider National

Carriers, Inc. in the above entitled case.

Dated: March 10, 2005

                                    _____
                                    Attorney for defendant Schneider National
                                    John A. Wickstrom - BBO # 527120
                                    Tashjian, Simsarian & Wickstrom
                                    370 Main Street
                                    Worcester, MA  01608
                                    Tel. (508) 756-1578


                        CERTIFICATE OF SERVICE

        I hereby certify that on this date I caused a copy of the foregoing Notice of
Appearance for Defendant Schneider National Carriers, Inc. be served upon counsel for
plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha
& Associates, 311 Pine Street, Fall River, MA  02720.

Dated: March 10, 2005               _____
                                    John A. Wickstrom

UNITED STATES DISTRICT COURT          FILED
OF THE DISTRICT OF MASSACHUSETTS CLERKS OFFICE

JOSEPH MONIZ, Plaintiff )    C.A. No. 04-12603 GAO
)
v. )    U.S. DISTRICT COURT
)    UNIFORM COUNSEL OF MASS
)    CERTIFICATION FOR CIVIL
SCHNEIDER NATIONAL CARRIERS, )    CASES Re: Schneider National
INC. and RUSSELL DOWLING, )
Defendants )

I am attorney of record for Schneider National Carriers, Inc., defendant in the above entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in part: "....Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent...," I hereby certify that I have complied with this requirement.

_____
John A. Wickstrom
BBO # 527120

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Uniform Counsel Certification for Civil Cases be served upon counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Dated: March 10, 2005

_____
John A. Wickstrom