UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

C.A. NUMBER 04-12603 GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JOSEPH MONIZ, Plaintiff ) | |
| ) | |
| v. ) | SCHNEIDER NATIONAL |
| ) | CARRIERS, INC.'S RULE 7.3 |
| SCHNEIDER NATIONAL CARRIERS, ) | STATEMENT |
| INC. and RUSSELL DOWLING, ) | |
| Defendants ) | |

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Schneider National Carriers, Inc. certifies that defendant does not have a parent corporation or any publicly held company that owns ten (10%) percent or more of its stock.

Dated: March 10, 2005

_____
John A. Wickstrom

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Defendant Schneider National Carriers, Inc. Rule 7.3 Statement be served upon counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Dated: March 10, 2005

_____
John A. Wickstrom