UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

2005 MAR 21 P 2: 59    C.A. No. 04-12603 GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH MONIZ, Plaintiff )
)
v. )
)
SCHNEIDER NATIONAL CARRIERS, )
INC. and RUSSELL DOWLING, )
Defendants )

### CERTIFICATION PURSUANT TO L.R.16.1(D)(3)

Counsel for the defendant, Schneider National Carriers, Inc., hereby certifies that he has conferred with the defendant's authorized representative regarding:

(1) establishing a budget for the costs of conducting the full course of litigation; and
(2) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Joseph Kueber
Dated: 3/13/05

_____
John A. Wickstrom, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true copy of the foregoing Certification Pursuant to L.R.16.1(D)(3) to be served upon counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Dated: 3/18/05

_____
John A. Wickstrom