

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MONIZ<br>Plaintiffs<br><br>VS.<br><br>RUSSELL DOWLING and<br>SCHNEIDER NATIONAL<br>CARRIERS, INC.,<br>Defendants | C.A. NO.: 04-12603 GAO |

## MOTION TO EXTEND TIME IN WHICH TO SERVE DEFENDANT

Now comes the plaintiff, Joseph Moniz, in the above-captioned matter and moves this Honorable Court to extend the time in which to serve the defendant, Russell Dowling.

As reasons therefore, plaintiff states that he has been unable to locate the defendant, Russell Dowling, and has made a diligent search through the sheriff's office both in Fort Bend County Texas and the Harris County Sheriff in Houston Texas. Plaintiff further states that despite the Defendants Counsel providing an address for the Defendant, Russell Dowling, service remains incomplete.

Plaintiff further states that the defendants have not been prejudiced in any way.

WHEREFORE, plaintiff requests that this Honorable Court extend the time in which to serve the defendants for (60) days up to and including May 30, 2005.

ASSENT:

_____
John A. Wickstrom, Esquire
TASHJIAN, SIMSARIAN & WICKSTROM
30 Main Street
Worcester, MA 01608

By her Attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Nelia M. DeStefano, Esquire
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within Motion, upon the interested party, by mailing a copy of same, postage prepaid to: John A. Wickstrom, Esquire, TASHJIAN, SIMSARIAN & WICKSTROM, LLP, 370 MAIN STREET, WORCESTER, MA 01608-1763 and to Mr. Russell Dowling, 2314 Maple Crest Drive, Missouri, Texas 77459 on this 30th day of MARCH, 2005.

_____
Nelia M. DeStefano, Esquire