# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

21558

JOSEPH MONIZ

V.

RUSSELL DOWLING AND
SCHNEIDER NATIONAL CARRIERS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-12603 GAO

TO: (Name and address of Defendant)

MR. RUSSELL DOWLING
110 WEST 114th STREET
JENKS, OK 74037-3285

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRIAN R. CUNHA, ESQUIRE
BRIAN CUNHA & ASSOCIATES
311 PINE STREET
FALL RIVER, MA 02720

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON             APRIL 19, 2005
CLERK                          DATE

_Gina Edge_
(By) DEPUTY CLERK

# Tulsa County Sheriffs Office
Docket/Case No: 04-12603GAO

**[ X ] Personal Service (also Corporation Service)**

I certify and return that I received the foregoing **Summons** on **Tuesday, May 10, 2005  9:16 AM** and that I delivered a copy of said **Summons**, with attachments thereon, to each of the following named persons:

| Name | Address | Date of Service | Billable Amount |
|---|---|---|---|
| DOWLING, RUSSELL | 110 WEST 114TH ST JENKS, OK 74037-3285 | 05/11/2005 08:50 | |

**[ ] Posted to premises**

I certify that I received the foregoing _____ on _____, and that I delivered a copy of said _____, with attachments thereon, to each of the following named persons:

| Name | Address | Date of Service |
|---|---|---|

by posting to premises, and completed this service in accordance with the enclosed instructions on _____

**[ ] Residential Service**

I certify that I received the foregoing _____ on _____, and that on_____ I served _____ by leaving a copy of said _____, with attachments thereon, at _____, which is his usual place of residence, with _____, _____, a member of his family over fifteen (15) years of age.

**[ ] Not Found**

I received this _____ on _____. I certify that the following persons:___ _____ are not found in said county.

_____
Deputy's Signature

Asberry, James [Deputy III]
**Tulsa County Sheriffs Office**
500 S. Denver
Tulsa, OK 74103
(918)596-5641

**Additional Notes:**