UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12603 GAO

| | |
|---|---|
| JOSEPH MONIZ, Plaintiff ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE FOR |
| ) | DEFENDANT RUSSELL DOWLING |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| INC. and RUSSELL DOWLING, ) | |
| Defendants ) | |

TO THE CLERK OF THE ABOVE NAMED COURT.

Please enter my appearance as attorney for the defendant Russell Dowling in the above entitled case.

Dated: May 20, 2005

*(signature)*
Attorney for defendant Russell Dowling
John A. Wickstrom - BBO # 527120
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA  01608
Tel. (508) 756-1578

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Notice of Appearance for Defendant Russell Dowling be served upon counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA  02720.

Dated: May 20, 2005

*(signature)*
John A. Wickstrom