UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12603 GAO

| | |
|---|---|
| JOSEPH MONIZ, Plaintiff ) | |
| ) | ANSWER OF DEFENDANT |
| v. ) | RUSSELL DOWLING |
| ) | and |
| SCHNEIDER NATIONAL CARRIERS, ) | DEMAND FOR TRIAL BY JURY |
| INC. and RUSSELL DOWLING, ) | OF ALL ISSUES |
| Defendants ) | |

Answering to the plaintiff's complaint, the defendant Russell Dowling admits, denies and alleges as follows:

### PARTIES

1. The defendant admits the allegations in this paragraph.

2. The defendant denies that he is a citizen of Texas.

3. The defendant admits the allegations in this paragraph.

### JURISDICTIONAL

4. The defendant does not contest jurisdiction, but does not admit the amount in controversy is in excess of $75,000.00.

### COUNT I

5. The defendant admits the allegations in this paragraph.

6. The defendant admits the allegations in this paragraph.

7. The defendant admits he stopped the tractor – trailer on Milliken Boulevard on an incline and does not know if it is a heavily traveled Road.

8. The defendant admits that as a general statement this is true.

9. The defendant admits that as a general statement this is true.

10. The defendant denies that the plaintiff was in the exercise of due care and admits the remaining allegations.

11. The defendant denies he was negligent and admits the remaining allegations.

12. The defendant denies the allegations in this paragraph.

13. The defendant denies the allegations in this paragraph.

### First Defense

The defendant says that the injury or damage complained of was caused in whole or in part by the negligence of the plaintiff.

### Second Defense

The defendant further says that if the defendant was negligent, which he denies, the plaintiff's injuries or damages were caused by the contributory negligence of the plaintiff which was greater than the negligence of the defendant and, therefore, the plaintiff cannot recover in this action.

THE DEFENDANT RUSSELL DOWLING IN THE ABOVE ENTITLED ACTION DEMANDS A TRIAL BY JURY OF ALL ISSUES.

*/s/ John A. Wickstrom*
Attorney for defendant Russell Dowling
John A. Wickstrom – BBO # 527120
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA 01608
Tel. 508-756-1578

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Defendant Russell Dowling's Answer and Demand for Jury Trial be served upon counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Dated: May 20, 2005

*/s/ John A. Wickstrom*
John A. Wickstrom