UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12603 GAO

| | |
|---|---|
| JOSEPH MONIZ, Plaintiff )<br>)<br>v. )<br>)<br>SCHNEIDER NATIONAL CARRIERS, )<br>INC. and RUSSELL DOWLING, )<br>Defendants ) | DEFENDANTS' MOTION TO<br>AMEND THEIR ANSWER |

Now come the defendants in the above entitled matter and move to amend their answer by striking paragraphs 3, 6 and 11 and inserting in place thereof the following paragraphs:

3. The defendant Schneider National Carriers, Inc. denies it is an Illinois corporation asserts that it is a Nevada corporation and it has a usual place of business at 3101 S. Packerland Drive, Green Bay, WI  54313.

6. The defendants admit that the tractor – trailer operated by the defendant Russell Dowling arrived at the intersection of Milliken Boulevard and Columbia Street prior to the plaintiff's arrival and deny that the defendant Schneider National Carriers, Inc. owned the tractor – trailer and say that the tractor – trailer was owned by Schneider National Leasing, Inc.

11. The defendants deny the claim of negligence and deny the tractor – trailer was owned by Schneider National Carriers, Inc. and admit the remaining allegations.

A copy of the amended answer is attached hereto.

Attorney for the defendants
John A. Wickstrom – BBO # 527120
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA  01608
Tel. 508-756-1578

ASSENTED TO:

by
Attorney for the plaintiff    with permission
Nelia M. DeStefano, Esquire
Brian Cunha & Associates
311 Pine Street
Fall River, MA  02720
Tel. 508-675-9500

CERTIFICATE OF SERVICE

    I hereby certify that on this date I served a copy of the foregoing Defendants' Motion to Amend their Answer on counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Dated: August 1, 2005

/s/ John A. Wickstrom
John A. Wickstrom

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12603 GAO

| | |
|---|---|
| JOSEPH MONIZ, Plaintiff ) | |
| ) | |
| v. ) | DEFENDANTS' <u>AMENDED</u> |
| ) | ANSWER and |
| SCHNEIDER NATIONAL CARRIERS, ) | DEMAND FOR TRIAL BY JURY |
| INC. and RUSSELL DOWLING, ) | OF ALL ISSUES |
| Defendants ) | |

Answering to the plaintiff's complaint, the defendants Schneider National Carriers, Inc. and Russell Dowling admit, deny and allege as follows:

## PARTIES

1. The defendants admit the allegations in this paragraph.

2. The defendants admit that Russell Darling is a citizen of Texas and upon information and belief he is no longer residing in Houston, Texas.

3. The defendant Schneider National Carriers, Inc. denies it is an Illinois corporation asserts that it is a Nevada corporation and it has a usual place of business at 3101 S. Packerland Drive, Green Bay, WI 54313.

## JURISDICTIONAL

4. The defendants do not contest jurisdiction, but do not admit the amount in controversy is in excess of $75,000.00.

## COUNT I

5. The defendants admit the allegations in this paragraph.

6. The defendants admit that the tractor – trailer operated by the defendant Russell Dowling arrived at the intersection of Milliken Boulevard and Columbia Street prior to the plaintiff's arrival and deny that the defendant Schneider National Carriers, Inc. owned the tractor – trailer and say that the tractor – trailer was owned by Schneider National Leasing, Inc.

7. The defendants admit that Russell Dowling stopped the tractor – trailer on Milliken Boulevard on an incline and do not know if it is a heavily traveled Road.

8. On information and belief the defendants admit that as a general statement this is true.

9. On information and belief the defendants admit that as a general statement this is true.

10. The defendants deny that the plaintiff was in the exercise of due care and admit the remaining allegations.

11. The defendants deny the claim of negligence and deny the tractor – trailer was owned by Schneider National Carriers, Inc. and admit the remaining allegations.

12. The defendants deny the allegations in this paragraph.

13. The defendants deny the allegations in this paragraph.

First Defense

The defendants say that the injury or damage complained of was caused in whole or in part by the negligence of the plaintiff.

Second Defense

The defendants further say that if the defendants were negligent, which they deny, the plaintiff's injuries or damages were caused by the contributory negligence of the plaintiff which was greater than the negligence of the defendants and, therefore, the plaintiff cannot recover in this action.

THE DEFENDANTS SCHNEIDER NATIONAL CARRIERS, INC. AND RUSSELL DOWLING IN THE ABOVE ENTITLED ACTION DEMAND A TRIAL BY JURY OF ALL ISSUES.

_____
Attorney for the defendants
John A. Wickstrom – BBO # 527120
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA  01608
Tel. 508-756-1578

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Defendants' Answer and Demand for Jury Trial be served upon counsel for plaintiff by mailing same, postage prepaid, to Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA  02720.

Dated: 8/1/05

_____
John A. Wickstrom