**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE   C.A. No. 04-12603 GAO

2005 SEP -8 P 2: 54

| | |
|---|---|
| Joseph Moniz | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) DEFENDANTS' LOCAL RULE 16.1 |
| | ) (D)(3) CERTIFICATION |
| Schneider National Carriers, | ) |
| INC. and Russell Dowling | ) |
|     Defendants | ) |

We, the undersigned, hereby certify that we have conferred in this matter:

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
Joseph Kueber
Senior Claims Adjuster
INS Insurance, Inc.
P.O. Box 2680
Green Bay, WI 54306-2680

_____
Attorney for the defendants
John A. Wickstrom
Tashjian Simsarian Wickstrom
370 Main Street
Worcester, Massachusetts 01608
Tel. (508) 756-1578

Dated: 8/26/05

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Local Rule 16.1(D)(3) Certification on the plaintiff by mailing the same, postage prepaid, to his counsel of record, Nelia M. DeStefano, Esquire, Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Dated: September 7, 2005

_____
John A. Wickstrom