UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS
C.A. No. 04-12603 GAO

| | |
|---|---|
| JOSEPH MONIZ,<br>    Plaintiff<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS,<br>INC. and RUSSELL DOWLING,<br>    Defendants | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1), hereby stipulate that said action be dismissed with prejudice and without costs.

_____
Netha M. Destefano, Esq.
BBO #644159
Attorney for Plaintiff
Brian Dunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

_____
John A. Wickstrom, Esq.
BBO# 527120
Attorney for Defendants
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA 01608
(508) 756-1578

Dated: 12/19/05